UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL ACTION

VERSUS                                                      NO. 13-174

RONALD MASON                                         SECTION "R" (5)


## ORDER AND REASONS

Before the Court is Ronald Mason's motion to correct his sentence.[1] On February 14, 2019, this Court sentenced Mason to twenty-four months' imprisonment for violating the terms of his supervised release.[2] Twelve months of the sentence was to run concurrently with the sentence imposed by the Orleans Parish Criminal District Court.[3] Mason now asserts that the Bureau of Prisons is improperly calculating his sentence by failing to award him credit for the twelve months of his state sentence.

The Court must dismiss Mason's motion as it lacks jurisdiction. "A petitioner seeking credit on his sentence must file a habeas corpus petition pursuant to 28 U.S.C. § 2241." *United States v. Hamilton*, 24 F.3d 239 (5th Cir. 1994) (citing *United States v. Gabor*, 905 F.2d 76, 78 (5th Cir. 1990)).

---

[1]  R. Doc. 67.
[2]  R. Doc. 65.
[3]  *Id.* at 3.

And to entertain a petition under § 2241, the court must have jurisdiction over the prisoner or his custodian. *Id.* A petition filed pursuant to § 2241 must be filed in the district where the petitioner is incarcerated, and should the petitioner file in a different district, that court lacks jurisdiction to hear the petition. *Id.*

Here, Mason is incarcerated in a federal correction institution in Oakdale, Louisiana, which is located in the Western District of Louisiana.[4] Any petition challenging the calculation of his sentence must be filed in that district. His motion is therefore DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __28th__ day of January, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4] *See* R. Doc. 67 at 2, 3.